IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT -3 PM 4: 02

UNITED STATES OF AMERICA

v.

DION HARRISON

05cr20353-1-Ma
05cr20354-3-B

## ORDER ON ARRAIGNMENT

This cause came to be heard on _October 3, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _D. Settle_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:371 ; CONSPIRACY TO DEFRAUD THE UNITED STATES

Attorney assigned to Case: S. Parker

Age: 39

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-5-05_

/6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20353 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

fpd
200 Jefferson, Suite 200
Memphis, TN, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT